# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL S. SPENCER<br><br>              Plaintiff,<br><br>v.<br><br>GLEN WHORTON, et al.<br><br>              Defendants. | Case No. 3:07-CV-00635-LRH (VPC)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFF MCGEE** |

FOR GOOD CAUSE APPEARING the Stipulation is GRANTED and Plaintiff FOREST S. MCGEE, #54604 is DISMISSED from this case WITH PREJUDICE.

Dated this 17th day of March, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE